AO 442 (Rev. 11/11) Arrest Warrant

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 27 2019

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

United States of America
v.
Maki Takehisa

)
)  Case No. 19mj 5041
)
)
)
)

*Defendant*

2019 SEP 30 AM 9:43
U.S. MARSHALS SERVICE
RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Maki Takehisa

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Aiding and Abetting in Alien Smuggling, in violation of Title 8, U.S.C., Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(A)(v)(II).

Date:   9/27/19

_____
*Issuing officer's signature*

City and state:   Fayetteville, Arkansas

Erin L. Wiedemann, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/30/19, and the person was arrested on *(date)* 9/27/19
at *(city and state)* Springdale, AR.

Date:   9/30/19

_____
*Arresting officer's signature*

DUSM James Richardson
*Printed name and title*

Signed for SA Justin Ledzinski, FBI